**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,

v.

BRENDAN CONKLIN,

Defendant(s).

Case No.

JUDGE

**Filed Under Seal**

## MOTION TO SEAL INDICTMENT

The United States, by and through the undersigned counsel, respectfully request that the Indictment and Arrest Warrant in the above captioned matter be sealed. The United States is apprehensive that the defendant may flee the jurisdiction and/or evidence may be destroyed if the defendant becomes aware of the existence of said Indictment and Arrest Warrant.

WHEREFORE, the government respectfully requests that the Indictment and Arrest Warrant in this matter be sealed until the defendant has been arrested.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/Damoun Delaviz
DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Email: Damoun.Delaviz@usdoj.gov