UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                              Case No. 2:26-cr-11

**Brendan Conklin**

## COURTROOM MINUTES

| JUDGE: | Norah McCann King | DATE AND TIME: | January 21, 2026 12:30 PM |
|---|---|---|---|
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Jennifer Rausch |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Michael Hunter |
| INTERPRETER: |  | Pretrial/Probation | Tiara Turner |

Initial Appearance and Arraignment on Indictment

-Notice of Appearance by Michael Hunter
-Dft advised of rights, charges, and potential penalties
-Government advised of Due Process Protections Act Order
-Dft enters plea of not guilty
-Dft released on O/R bond