**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:26-CR-00011** |
| **Plaintiff,** | |
| **v.** | **JUDGE ALGENON L. MARBLEY** |
| **BRENDAN CONKLIN,** | |
| **Defendant.** | |

**<u>UNITED STATES OF AMERICA'S MOTION TO HOLD BRIEFING IN ABYANCE</u>**

The United States of America, by and through its undersigned attorneys, hereby moves this Honorable Court to hold briefing in abeyance for 7 days in the instant matter, for the reasons outlined below.

Defendant Brendan Conklin has filed a Motion to Dismiss Count Two of the Indictment in the instant matter.  (Doc. 19: Motion to Dismiss Count Two of the Indictment with Prejudice Based on Multiplicity of Counts, PageID 58).  Pursuant to this Court's Order, the response of the United States is due on Monday, March 30.  (Doc: 18: Order, PageID 55).

The United States anticipates returning to the grand jury to continue presentation of this matter.  The United States anticipates that at the conclusion of the presentation, the proposed indictment will not vary significantly from the instant indictment.  The United States expects that the number of charges in the indictment will remain the same and that the statutes cited will remain the same.  The United States also expects that the continued presentation of this matter to the grand jury and the proposed indictment at the end of that presentation will likely make Defendant's Motion moot.  The United States will remain ready to proceed to trial before this

Court on May 4.

Wherefore, for the foregoing reasons, the United States respectfully requests that this Court hold briefing in abeyance for 7 days, making the government's response due on Monday, April 6.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

By:   /s/ Damoun Delaviz
DAMOUN DELAVIZ (PA 309631)
KEVIN W. KELLEY (OH 42406)
Assistant United States Attorneys
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Email: Damoun.Delaviz@usdoj.gov
        Kevin.Kelley@usdoj.gov