## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-CR-011 |
| Plaintiff, | |
| vs. | JUDGE MARBLEY |
| BRENDAN CONKLIN, | |
| Defendant. | |

## TRIAL STIPULATION

The parties jointly stipulate and agree that the following facts are true and correct, and that they may be read in whole or in part to the jury at any appropriate time during trial.

## REVIEW OF BANK RECORDS

If Federal Bureau of Investigation Special Agent Tyler Schwab were to testify, he would establish that a review of the defendant Brendan Conklin's personal bank records from January 2023 through and including January 2024 revealed no sources of income from any federal employment including law enforcement.

## COURT RECORDS

The parties stipulate that on December 14, 2023, Franklin County Municipal Court Records showed that Victim 1 (Erin Crum) had pending bench warrants in two separate traffic cases.

**SIGNED AND EXECUTED BY:**

_____
MICHAEL J. HUNTER
Attorney for Brendan Conklin

_____
DOMINICK KOCAK
Attorney for Brendan Conklin

_____
FOR DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney

_____
KEVIN W. KELLEY (0042406)
Assistant United States Attorney

Respectfully submitted,

DOMINICK S. GERACE, II
United States Attorney

s/Kevin W. Kelley
_____
DAMOUN DELAVIZ (PA 309631)
KEVIN W. KELLEY (0042406)
Assistant United States Attorneys