**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:26-cr-11** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **BRENDAN CONKLIN,** | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT FORM 1
### COUNT 1

We the jury, in the above-entitled case, unanimously find the defendant, Brendan Conklin,

_____ Not Guilty            __✗__ Guilty

of False Impersonation of an Officer or Employee of the United States on or about December 14, 2023, as charged in Count 1 of the Superseding Indictment.

SIGNED THIS _6th_ DAY OF MAY, 2026.

48

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:26-cr-11** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **BRENDAN CONKLIN,** | : | |
| | : | |
| **Defendant.** | : | |

### VERDICT FORM 2
### COUNT 2

We the jury, in the above-entitled case, unanimously find the defendant, Brendan Conklin,

_____ Not Guilty                    ___X___ Guilty

of Impersonator Making Arrest or Search on or about December 14, 2023, as charged in Count 2 of the Superseding Indictment.

SIGNED THIS _6th_ DAY OF MAY, 2026.

49